AO 442 (Rev. 11-11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 20, 2021**

SEAN F. McAVOY, CLERK

United States of America
v.
JESSICA ALEXANDRA GONZALEZ,

Case No.  2:18-CR-00232-TOR-7

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    JESSICA ALEXANDRA GONZALEZ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1341, 2 MAIL FRAUD (19-24); 18 USC 1341, 1343, 1346 CONSPIRACY TO COMMIT MAIL FRAUD AND WIRE FRAUD (73); 18 USC 1957 MONETARY TRANSACTIONS IN PROPERTY DERIVED FROM SPECIFIED UNLAWFUL ACTIVITY (79-80); 18 USC 1957 MONETARY TRANSACTIONS IN PROPERTY DERIVED FROM SPECIFIED UNLAWFUL ACTIVITY(82); 18 USC 1957 MONETARY TRANSACTIONS IN PROPERTY DERIVED FROM SPECIFIED UNLAWFUL ACTIVITY(85); 18 USC 1957 MONETARY TRANSACTIONS IN PROPERTY DERIVED FROM SPECIFIED UNLAWFUL ACTIVITY(95); 18 USC 1957, 1956(h) CONSPIRACY TO CONDUCT MONETARY TRANSACTIONS IN PROPERTY DERIVED FROM SPECIFIED UNLAWFUL ACTIVITY(101)

Date:    Jan 23, 2019, 8:51 am

*Issuing officer*

City and state:    Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1/23/2019 , and the person was arrested on *(date)* 12/17/21 at *(city and state)* SAN Diego, CA |
| Date: 12/17/21 |
| *Arresting officer's signature* |
| Andrew Creese |
| *Printed name and title* |